UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JOSEPH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-2823 JAM KJN P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: January 26, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
jose2823.59　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1